UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

*Plaintiff*

versus                                        CIVIL ACTION NO. 08-404-RET-CN

EDWIN L. FRANKLIN

*Defendant*

## JUDGMENT

The Court having previously entered its Ruling granting the United States' Motion for Summary Judgment,

IT IS HEREBY ORDERED that there be judgment herein in favor of the United States of America and against Defendant, Edwin L. Franklin, in the sum of TWENTY EIGHT THOUSAND SIX HUNDRED SIXTY ONE DOLLARS AND 28 CENTS ($28,661.28), together with (i) a civil monetary penalty of $ 5,500 no/100 (ii) interest from date of judgment until paid at the legal rate provided by 28 U.S.C. § 1961, and (iii) allowable costs.

IT IS HEREBY FURTHER ORDERED that the United States shall cross credit against this judgment any and all future payments made by Defendant Edwin L. Franklin against the restitutionary debt imposed in Criminal Action No. 06-188-RET-CN.

Baton Rouge, Louisiana, this 27th day of October, 2008.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT