UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

*Plaintiff*

versus                                             CIVIL ACTION NO. 08-404-RET-CN

EDWIN L. FRANKLIN

*Defendant*

ORDER

CONSIDERING the United States' *Motion for Administrative Stay of Action Pending Resolution of Criminal Appeal*, and for good cause shown:

IT IS HEREBY ORDERED that the above-captioned civil action be and the same is hereby administratively stayed pending final resolution of the appeal in Criminal Action No. 06-188-RET-CN, and the further order of this Court.

IT IS FURTHER ORDERED that the United States shall promptly inform the Court of the disposition of the criminal appeal as soon as such is made known to it, and to take such action to prosecute or dismiss this civil action depending upon the disposition of the criminal appeal.

Baton Rouge, Louisiana, this 27th day of October, 2008.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT